UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION,

| | |
|---|---|
| JENNIFER LOBONC-BILLHARTZ, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 4:17CV2522(JCH) |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Order Referring Case to Alternative Dispute Resolution entered this date,

**IT IS HEREBY ORDERED** that the deadlines set forth are to be met timely with the appropriate forms filed with the Clerk of the District Court as indicated in the Order Referring Case to Alternative Dispute Resolution. If a deadline cannot be met, the designated lead counsel shall file a motion requesting an extension of the deadline prior to the expiration of that deadline.

**IT IS FURTHER ORDERED** that if compliance with a deadline set forth in the Order Referring Case to Alternative Dispute Resolution has not occurred, such noncompliance may result in the imposition of sanctions to the appropriate party or parties.

Dated this 7th day of May, 2018.

    \s\    Jean C. Hamilton
UNITED STATES DISTRICT JUDGE